**Order filed, September 26, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00683-CV
_____

**WASHINGTON SQUARE FINANCIAL, L.L.C. D/B/A IMPERIAL
STRUCTURED SETTLEMENTS, Appellant**

**V.**

**RSL FUNDING L.L.C., Appellee**
_____

NO. 14-12-00702-CV
_____

**RSL FUNDING L.L.C., Appellant**

**V.**

**WASHINGTON SQUARE FINANCIAL, L.L.C. D/B/A IMPERIAL
STRUCTURED SETTLEMENTS, Appellee**

---

On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2010-49166

---

**ORDER**

The reporter's record in this case was due **August 28, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Wilburn**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM